UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
                                        January 20, 2015

No. 14-1168

ROSEANN MARIE ZIRNSAK,
Appellant

v.

CAROLYN W. COLVIN, COMMISSIONER SOCIAL SECURITY

(W.D. Pa. No. 2-13-cv-00303)

Present:  VANASKIE, COWEN and VAN ANTWERPEN, Circuit Judges

1.    Motion filed by Appellee Commissioner Social Security to publish opinion
      dated 12/09/2014

2.    Response filed by Appellant Roseann Zirnsak in Opposition to Appellee's
      Motion to Publish Opinion.

                                        Respectfully,
                                        Clerk/JK

_____ORDER_____
The foregoing motion by Appellee Commissioner Social Security to publish opinion
dated 12/09/2014 is granted.


                                        By the Court,

                                        s/ Franklin S. Van Antwerpen
                                        Circuit Judge


Dated:   February 12, 2015
JK/cc: Sarah H. Bohr, Esq.
       Beverly H. Zuckerman, Esq.